## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TED CHANDLER and**                                                                           **PLAINTIFFS**
**MARTHA CHANDLER**

**v.**                          **3:12-cv-00104-BRW**

**JACOBS ENGINEERING GROUP, INC., et al.**                     **DEFENDANTS**

## ORDER

Plaintiffs' Motion to Dismiss Without Prejudice Defendants Paul David Penn, Mark Asher, and Robert Wilcox, Jr., is GRANTED (Doc. No. 11).

IT IS SO ORDERED this 5th day of June, 2012.


                                                /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE