UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 7, 2012**

| | |
|---|---|
| Mr. Johnson D. Ogles | Mr. Frank L. Day |
| Ogles Law Firm, P.A. | Mr. Ronald L. Harper |
| Post Office Box 891 | Mr. Lawrence Wilson White |
| Jacksonville, AR 72078 | Mr. Steven Snyder |
| | Leitner, Williams, Dooley & Napolitan, PLLC |
| Ms. Vicki L. Gilliam | Brinkley Plaza |
| The Gilliam Firm, PLLC | 80 Monroe Avenue |
| Post Office Box 1303 | Suite 800 |
| Clinton, MS 39060 | Memphis, TN 38103 |

Mr. Donald H. Bacon
Friday, Eldredge & Clark, LLP
Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3522

*Re: Chandler, et al. v. Jacobs Engineering Group, Inc., et al. -- 3:12-CV-00104-BRW*

Dear Counsel,

I have scanned the interrogatories, responses, motions, etc., and it appears for all the world to me that these issues should be resolved by counsel. Accordingly, I direct that you forthwith confer with one another either personally or by telephone, to see if you can resolve or narrow the issues.

An on-the-record telephone conference is scheduled for Wednesday, November 14, 2012, at 2:00 p.m. to discuss the issues left after your conferring, if any such there be.

Some of the Plaintiffs' interrogatories are over broad, and some of the responses by the Defense are too squishy.

As an example, Defendant's answer to interrogatory number one is unsatisfactory. As another example, Plaintiffs' interrogatory number seven is considerably over broad.

In fine, please get busy and try to resolve these discovery issues. If you cannot, I realize that the word "judge" is a verb as well as a noun; and, on top of that, I have been in a rulifying mood of late.

Cordially,

Billy R. Wilson

cc: Clerk of the Court