UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 6, 2013**

| | |
|---|---|
| Mr. Johnson D. Ogles | Mr. Frank L. Day |
| Ogles Law Firm, P.A. | Mr. Ronald L. Harper |
| Post Office Box 891 | Mr. Lawrence Wilson White |
| Jacksonville, AR 72078 | Mr. Steven Snyder |
| | Leitner, Williams, Dooley & Napolitan, PLLC |
| Ms. Vicki L. Gilliam | Brinkley Plaza |
| The Gilliam Firm, PLLC | 80 Monroe Avenue |
| Post Office Box 1303 | Suite 800 |
| Clinton, MS 39060 | Memphis, TN 38103 |

Mr. Donald H. Bacon
Friday, Eldredge & Clark, LLP
Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3522

*Re: Chandler, et al. v. Jacobs Engineering Group, Inc., et al. -- 3:12-CV-00104-BRW*

Dear Counsel:

I've asked my Courtroom Deputy, Ms. Beard, to set up a telephone conference this Friday regarding your discovery problems.

I expect the lawyers to "meet and confer" in an attempt to resolve the existing issues so that the telephone conference will be unnecessary.

I hope my rulings on previous discovery issues between these parties will be helpful.

Cordially,

Billy R. Wilson

cc: Clerk of the Court