## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**TED CHANDLER AND MARTHA CHANDLER**                                      **PLAINTIFFS**

**VS.**                                      **3:12-CV-00104-BRW**

**JACOBS ENGINEERING GROUP, INC.,** *et al.*                                      **DEFENDANTS**

### <u>ORDER</u>

Pending is Plaintiffs Motion to Compel against Defendant Jacobs Engineering Group,

Inc. (Doc. No. 49).  Jacobs Engineering responded in opposition.[1]  However, the parties have

since advised me that an agreement has been reached.

Accordingly, Plaintiffs' Motion to Compel is DISMISSED as MOOT.

IT IS SO ORDERED this 21st day of March, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 58.