IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TED CHANDLER AND MARTHA CHANDLER**                                          **PLAINTIFFS**

**VS.**                                        **3:12-CV-00104-BRW**

**JACOBS ENGINEERING GROUP, INC.,** *et al.*                                      **DEFENDANTS**

## ORDER

Pending is Plaintiffs Motion to Compel against Defendant Jacobs Engineering Group, Inc. (Doc. No. 49). Jacobs Engineering responded in opposition.[1] However, the parties have since advised me that an agreement has been reached.

Accordingly, Plaintiffs' Motion to Compel is DISMISSED as MOOT.

IT IS SO ORDERED this 21st day of March, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 58.