IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TED CHANDLER AND MARTHA CHANDLER                    PLAINTIFFS

VS.                      3:12-CV-00104-BRW

JACOBS ENGINEERING GROUP, INC., *et al.*                    DEFENDANTS

## ORDER

Pending is Plaintiffs' Second Motion to Compel against Defendant Jacobs Engineering Group, Inc. (Doc. No. 50). Jacobs Engineering responded in opposition.[1] The parties have since advised me that an agreement was reached.

Based on the parties agreement, Jacobs Engineering is ordered to provide me with all the employee and personal files of all employees who were involved in MOT on Job #110492 within ten days of this order.

I will review these documents in camera and then determine whether Plaintiffs are entitled to view them -- and if so, whether a protective order is warranted.

IT IS SO ORDERED this 21st day of March, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 59.