IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TED AND MARTHA CHANDLER**                                                                **PLAINTIFFS**

**VS.**                                              **3:12-CV-00104-BRW**

**JACOBS ENGINEERING GROUP, INC.,** *et al.*                              **DEFENDANTS**

## ORDER

Plaintiffs filed a Motion to Compel requesting, among other things, that I order Defendant Jacobs Engineering Group, Inc., to produce all employee files, personal files, disciplinary files, reprimands, and training records of all employees who worked or advised on Job #110492.[1] Defendant, in its answer to Plaintiffs' discovery request and in its response to Plaintiffs' Motion to Compel, objects to the request and argues that the documents are irrelevant.[2]  Later, the parties agreed that Defendant would submit the documents at issue to me, and that I would review them in camera and determine whether Plaintiffs are entitled to view them.[3]

I have received the documents, and after careful review, I am satisfied that the files obtain discoverable information.  However, the parties have agreed that if I find that the documents are discoverable, a protective order can be entered.  Accordingly, Defendant is directed to submit a proposed protective order within 10 days of this Order -- if it feels that one is warranted.  Once a protective order has been entered, Defendant must produce the documents at issue to Plaintiffs.

IT IS SO ORDERED this 4th day of April, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 50.

[2] Doc. Nos. 50, 59.

[3] Doc. No. 64.