UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 23, 2013**

Mr. Johnson D. Ogles
Ogles Law Firm, P.A.
Post Office Box 891
Jacksonville, Arkansas 72078

    *Re: Chandler, et al. v. Jacobs Engineering Group, Inc., et al. -- 3:12-CV-00104-BRW*

Dear Counsel:

I have reviewed your Third Motion to Compel and Mr. Bacon's response, and it appears that this dispute may resolve itself.[1]

In regards to the design files that are unavailable in paper form, Mr. Bacon suggests that, if you have an expert witness hired to testify, he or she will be capable of accessing the files that you cannot.

Do you have an expert, and, if so, is he or she capable of accessing the files?

Please advise forthwith.

                                                                         Cordially,

                                                                        /s/Billy R. Wilson

Original to the Clerk of the Court
cc: Other Counsel of Record

---

[1] Doc. Nos. 68, 70.