IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TED AND MARTHA CHANDLER                                             PLAINTIFFS

VS.                           3:12-CV-00104-BRW

JACOBS ENGINEERING GROUP, INC., *et al.*                            DEFENDANTS

## ORDER

Pending is Plaintiffs' Third Motion to Compel (Doc. No. 68). Jacobs Engineering has responded.[1]

In response to my April 23, 2013 letter, Mr. Ogles has advised me that neither he, nor his engineering consultant, have the software necessary to access certain documents contained in the CD that Defendant's lawyer provided during discovery.

Mr. Ogles is directed to provide Defendant's lawyer with a list of the documents he has requested and is unable to access. Defendant's lawyer must then provide paper copies of the those documents to Mr. Ogles within 10 days of receipt of the list.

IT IS SO ORDERED this 24th day of April, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 70.