# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TED AND MARTHA CHANDLER**                **PLAINTIFFS**

**VS.**           **3:12-CV-00104-BRW**

**JACOBS ENGINEERING GROUP, INC.,** *et al.*          **DEFENDANTS**

## ORDER

Pending is a Joint Motion for Continuance and Resetting of Trial Date and Scheduling Order (Doc. No. 73).

For good cause shown, the Motion is GRANTED.  Accordingly, a new Scheduling Order, with a new trial date, will be sent shortly.

IT IS SO ORDERED this 15th day of May, 2013.


               /s/Billy Roy Wilson
            UNITED STATES DISTRICT JUDGE