# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TED AND MARTHA CHANDLER**                                                                 **PLAINTIFFS**

**VS.**                                          **3:12-CV-00104-BRW**

**JACOBS ENGINEERING GROUP, INC.,** *et al.*                                    **DEFENDANTS**

## ORDER

Pending is Plaintiffs' Second Motion to Compel against Defendants APAC-Tennessee Inc. (Doc. No. 76). Since the Motion was filed, Plaintiffs' lawyer, Mr. John Ogles, has advised the Court that APAC need not respond because the parties are in the midst of resolving their disputes.

Accordingly, Plaintiffs' Motion is DENIED without prejudice. If the lawyers are unable to resolve their disputes, Plaintiffs may file a new motion with the Court.

IT IS SO ORDERED this 3rd day of September, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE