UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**September 5, 2013**

Mr. Frank Day
Leitner, Williams, Dooley & Napolitan, PLLC
Brinkley Plaza
80 Monroe Avenue
Suite 800
Memphis, Tennessee 38103

      Re:  *Chandler, et al. v. Jacobs Engineering Group, Inc., et al.*, No. 3:12-CV-00104-BRW

Dear Counsel:

I have always understood that an "errata sheet" is to be used to correct court reporter errors, not to add substantive matters; but I have never researched the phrase.

It appears to me that the changes made by the deponent, Mr. Smith, are substantive changes, or additions, which go beyond the purpose of an errata sheet.

Mr. Day, would you please disabuse me if my understanding of the phrase is in error.  In other words, I'm asking you to do the research so that I won't have to do it.

Please correct me, if I need to be corrected, by 4:00 p.m. next Tuesday, September 10, 2013 -- otherwise, I'm going to rule agin (*sic*) you.

                                       Cordially,

                                       /s/ Billy R. Wilson

Original to the Clerk of the Court
cc:      Other Counsel of Record