IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TED AND MARTHA CHANDLER**                                                                 **PLAINTIFFS**

**VS.**                                            **3:12-CV-00104-BRW**

**JACOBS ENGINEERING GROUP, INC.,** *et al.*                                   **DEFENDANTS**

**ORDER**

Pending is Plaintiffs' Motion to Strike and to Reopen Deposition of James Smith and for Other Relief (Doc. No. 77). Defendants have responded, and Plaintiffs have replied.[1]

On June 19, 2013, Plaintiffs deposed Mr. James Smith, an employee of Defendant APAC-Tennessee, Inc.[2] On August 6, 2013, Plaintiffs received the transcript of Mr. Smith's deposition testimony and an errata sheet, which listed several corrections Mr. Smith made to the transcript following his deposition. Plaintiffs argue that the errata sheet be stricken from the record because APAC waived its right to correct Mr. Smith's deposition testimony when it failed to comply with Federal Rules of Civil Procedure 30(e) and (f)(1).

APAC initially opposed the Motion but has since notified the Court that it no longer opposes striking the errata.[3] Accordingly, Plaintiffs' Motion is GRANTED, and the errata sheet attached to Mr. Smith's deposition transcript is stricken from the record.

IT IS SO ORDERED this 10th day of September, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 78, 81.

[2] Doc. No. 77.

[3] Doc. No. 83.