IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TED CHANDLER and MARTHA CHANDLER                                    PLAINTIFFS

vs                              NO: 3:12-CV-00104-BRW

JACOBS ENGINEERING GROUP, INC.,
PAUL DAVID PENN, MARK ASHER,
CHARLES P. BRAND, ROBERT
WILCOX, JR., L. TONY SULLIVAN AND
APAC-TENNESSEE                                                       DEFENDANTS

**ORDER**

Unless Plaintiffs have evidence that Defendant has the videos and other evidence requested, or has deep-sixed these items in anticipation of litigation, there would be no reasonable ground for me to give a spoliation instruction or the other relief requested by Plaintiffs.

My initial reaction is that Plaintiffs will be able to point out that the videos and other items of evidence are routinely produced in the normal course of business and were not at the time in question.

Plaintiffs' Third Motion to Compel and For Sanctions (Doc. No. 88) is DENIED.

IT IS SO ORDERED this 10th day of March, 2014

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE