UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TED CHANDLER AND
MARTHA CHANDLER

Plaintiffs

vs                                                                                     NO: 3:12-CV-00104-BRW

JACOBS ENGINEERING GROUP, INC.,
PAUL DAVID PENN, MARK ASHER,
CHARLES P. BRAND, ROBERT
WILCOX, JR., L. TONY SULLIVAN AND
APAC-TENNESSEE

Defendants

### AFFIDAVIT OF SCOTT TURNER

I, Scott Turner, certify that I am greater than twenty-one years of age and that I provide the following information under oath based on my own firsthand knowledge. If called to testify at trial, I would testify as follows:

1. I have been retained by APAC-Tennessee, Inc. to offer expert opinions in this case.

2. A copy of my expert report dated February 7, 2014 is attached to this affidavit as Exhibit A. I incorporate by reference my full report that is Exhibit A into this paragraph of my affidavit as if it was set forth verbatim herein.

3. A copy of the rebuttal expert report that I authored to respond to the opinions expressed by Ernst Peters, which is dated March 11, 2014 is attached to this affidavit as Exhibit B. I incorporate by reference the full report that is exhibit B into this paragraph of my affidavit as if it was set forth verbatim herein.

{03237486.DOCX}

## VERIFICATION

Pursuant to 28 U.S.C. Section 1746, I, Scott Turner, declare under penalty of perjury that the foregoing is true and correct. Executed on this the ___ day of April, 2014.

_____
Scott Turner

{03237486.DOCX}