UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**June 2, 2014**

Mr. Johnson D. Ogles
Ogles Law Firm, P.A.
P.O. Box 891
Jacksonville, AR 72078

Ms. Vicki L. Gilliam
The Gilliam Firm, PLLC
P.O. Box 1303
Clinton, MS 39060

Mr. Frank L. Day
McAngus, Goudelock & Courie
P.O. Box 171446
Memphis, TN 38187

Mr. Jay M. Atkins
Leitner, Williams, Dooley & Napolitan, PLLC
316 Heritage Drive, Suite 3
Oxford, MS 38655

    Re:    *Chandler v. APAC-Tennessee, Inc.*, No. 3:12-CV-00104-BRW
            Presumptive Time Limits for Witnesses

Dear Counsel:

The following are the presumptive time limits for the witnesses who may be called at the trial commencing next Monday, June 9, 2014 at 9:00 a.m.

Plaintiffs' witnesses:

1. Ted Chandler direct is 1 hour; cross is 30 minutes.
2. Martha Chandler direct is 30 minutes; cross is 30 minutes.
3. Ernie Peters direct is 45 minutes; cross is 30 minutes.
4. Ralph Scott direct is 30 minutes; cross is 30 minutes.
5. With respect to Messrs. Smith, Watson, and Alford, it seems to me that, for each, 20 minute will be enough for direct, and 15 minutes for cross.

Defendant's witnesses:

1. Det. Shane Meyers direct is 1 hour; cross is 30 minutes.
2. Edwyna Woody direct: is 30 minutes; cross is 20 minutes.
3. Lynn Parrish direct is 45 minutes; cross is 20 minutes.
4. James Smith direct is 30 minutes; cross is 20 minutes.
5. Max Watson direct is 20 minutes; cross is 15 minutes
6. John Alford direct is 20 minutes; cross is 15 minutes.
7. Paul Jeffrey Adams direct is 40 minutes; cross is 30 minutes.
8. Scott Turner direct is 45 minutes; cross is 30 minutes.
9. Elizabeth Mayfield- Hart direct is 15 minutes; cross is 10 minutes.

          Cordially,

          /s/ Billy Roy Wilson

Original to the Clerk of the Court